1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  LOUIE RAMOS

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   NO. 1:09-cr-00335 OWW
                                       )
12            *Plaintiff,*             )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE HEARING;
13    v.                               )   ORDER
                                       )
14 RICARDO ENRIQUE VEGA,               )   Date:  November 30, 2009
                                       )   Time:  9:00 a.m.
15            *Defendant.*             )   Judge: Hon. Oliver W. Wanger
                                       )
16 _____    )

17

18        **IT IS HEREBY STIPULATED** by and between the parties hereto and through their

19 respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for

20 November 9, 2009, **may be continued to November 30, 2009 at 9:00 a.m.**

21        The grounds for the continuance are further defense investigation and preparation and further plea

22 negotiation prior to hearing.  The requested continuance will conserve time and resources for all parties

23 and the court

24 ///

25 ///

26 ///

27 ///

28 ///

1    The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in

2  that the ends of justice served by the continuance outweigh the best interest of the public and the defendant

3  in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the

4  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5                                                      LAWRENCE G. BROWN
                                                       United States Attorney
6

7  DATED: November 5, 2009                   /s/   Karen A. Escobar
                                             KAREN A. ESCOBAR
8                                            Assistant United States Attorney
                                             Attorney for Plaintiff
9

10                                                    DANIEL J. BRODERICK
                                                      Federal Defender
11

12 DATED: November 5, 2009                    /s/   Melody M. Walcott
                                             MELODY M. WALCOTT
13                                           Assistant Federal Defender
                                             Attorney for Defendant
14                                           Ricardo Enrique Vega

15

16                                      **ORDER**

17    **IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

18

19

20

21 IT IS SO ORDERED.

22 **Dated:   November 5, 2009**                   **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

Stipulation to Continue Status Conference
Hearing;  Order                          -2-