DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RICARDO ENRIQUE VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>RICARDO ENRIQUE VEGA,<br><br>    *Defendant.* | NO. 1:09-cr-00335 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER<br><br>Date: December 7, 2009<br>Time: 9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for November 30, 2009, **may be continued to December 7, 2009 at 9:00 a.m.**

The grounds for the continuance are further defense investigation and preparation and further plea negotiation prior to hearing.  The requested continuance will conserve time and resources for all parties and the court

///

///

///

///

///

1   The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in
2   that the ends of justice served by the continuance outweigh the best interest of the public and the defendant
3   in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
4   reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

DATED: November 24, 2009                      /s/   Karen A. Escobar
                                                  KAREN A. ESCOBAR
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

                                                  DANIEL J. BRODERICK
                                                  Federal Defender

DATED: November 24, 2009                      /s/   Melody M. Walcott
                                                  MELODY M. WALCOTT
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  Ricardo Enrique Vega

## ORDER

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   November 24, 2009**                    /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE