# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:09-cr-00335-AWI |
| Plaintiff, | **ORDER DISMISSING FOR LACK OF JURISDICTION PETITIONER'S SUCCESSIVE MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255** |
| v. | |
| RIRCARDO ENRIQUE VEGA, | |
| Defendant. | |
| _____/ | (Doc. 81) |

This matter arises from the conviction by jury trial of Defendant Ricardo Enrique Vega ("Defendant"). Defendant was convicted of possession with the intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1). *See* Doc. 51 at 1; Doc. 64 at 171. The jury also found the allegation that the offense involved five hundred grams or more of a substance containing methamphetamine or fifty or more grams of actual methamphetamine to be true. *See* Doc. 51 at 2; Doc. 64 at 171-172. On August 12, 2013, Defendant filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Doc. 72. Defendant filed a second motion on June 11, 2014. Doc. 74. The Court denied relief on both motions on July 10, 2014. Doc. 75.

Defendant now files a third motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Defendant has not sought authorization from the Circuit Court to file a successive motion.

1

The governing rule for filing a "second or successive" motion for federal prisoners is set forth in 28 U.S.C. § 2255(h):

> A second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals to contain—
>
> (1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or
>
> (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

Absent certification by the Circuit Court, this Court is without jurisdiction over a successive § 2255 motion and may not consider the merits. *See Cooper v. Calderon*, 274 F.3d 1270, 1274 (9th Cir. 2001). Because the Circuit Court has not authorized this successive motion, this Court is without jurisdiction to hear it.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to vacate set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed.

IT IS SO ORDERED.

Dated: May 4, 2017

SENIOR DISTRICT JUDGE