UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RICARDO ENRIQUE VEGA,<br><br>Defendant | CASE NO. 1:09-CR-0335 AWI<br><br>**ORDER REGARDING REQUEST TO WITHDRAW AS COUNSEL AND NOTICE OF NON-SUPPLEMENTATION** |

    On December 5, 2022, Defendant Ricardo Enrique Vega, appearing pro se, moved to modify his prison sentence through 18 U.S.C. § 3582.[1] See Doc. No. 89.  Pursuant to Eastern District of California General Order No. 595, defendant's motion was referred to the Federal Defender's Office for the Eastern District of California.  Recently, the Federal Defender's Office filed a notice of non-supplementation of Defendant's motion.  See Doc. No. 92.  The notice explains that appropriate paperwork was sent to Defendant at Fort Dix FCI, but that the Federal Defender's Office has had no response or correspondence from Defendant.  See id.  The Federal Defender's Office explains that, although its office failed to properly track this matter, it believes that Defendant does not want its assistance and it requests to be relieved as counsel from this matter.

    From the above, it appears that the Federal Defender's Office has attempted to communicate with Defendant one time by mailing him information.  The Court is not convinced

---

[1] The precise basis for Defendant's motion is not necessarily clear.  The two page motion mentions relief under Sentencing Amendment 782, but also indicates extraordinary circumstances exist, all while citing to § 3582.  See Doc. No. 35.

that the single attempt to communicate, without a sufficient indication that the mailed information was actually received by the Defendant, is an adequate basis to relieve the Federal Defender's Office as counsel to Defendant. Instead, the Court will order the Federal Defender's Office to again attempt to contact Defendant. If Defendant does not respond to the Federal Defender's Office, the Court will entertain a new motion to withdraw. Further, to adequately track the events of this case, the Court will set status reports that explain what efforts have been made to contact Defendant and what responses, if any, have been obtained. If the Federal Defender's Office makes contact with Defendant prior to the deadline for a status report, it shall inform the Court and explain what additional time is needed to determine what appropriate steps need to be taken with respect to Defendant's pending § 3582 motion. Additionally, in lieu of a particular scheduled status report, and if the Federal Defender's Office believes that sufficient time has passed for a response, the Federal Defender's Office may file a motion to be relieved as counsel of record. Such a motion must explain the efforts that were taken to communicate with Defendant.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The Federal Defender's Office's request to be relieved as counsel is DENIED without prejudice;
2. The Federal Defender's Office shall again attempt to communicate with Defendant about its appointment and his pending motion; and
3. The Federal Defender's Office shall file a status report, or a notice described above, with the Court thirty (30) days from service of this order and every thirty (30) days thereafter.

IT IS SO ORDERED.

Dated: __April 21, 2023__                    _____
                                              SENIOR DISTRICT JUDGE