UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:09-CR-00335-001-JLT |
| ) | |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| ) | |
| vs. ) | |
| ) | |
| RICARDO ENRIQUE VEGA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The defendant has sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him on Compassionate Release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS:**

1. Eric M. Weaver is appointed to represent the defendant in this case effective *nunc pro tunc* to May 17, 2023, substituting the Federal Defenders Office appointed per G.O. 595.

IT IS SO ORDERED.

Dated: __May 19, 2023__        _____
                               UNITED STATES DISTRICT JUDGE