UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD ENRIQUE VEGA,<br><br>Defendant. | Case №: 1:09-CR-00335-1-JLT<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The Defendant has satisfied this Court that he is financially unable to obtain counsel and wishes the Court to appoint him counsel to represent him on Compassionate Release. Therefore, the Court **ORDERS**:

1. Gene Vorobyov is appointed to represent the above defendant in this case effective *nunc pro tunc* to April 25, 2025, substituting the Federal Defenders Office appointed per G.O. 595.

IT IS SO ORDERED.

Dated:   **May 1, 2025**

[signature]
UNITED STATES DISTRICT JUDGE