IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:09-cr-00335-JLT-1 |
| Plaintiff, | **Stipulation and Proposed Order Re: Briefing Schedule for the Defendant's Motion to Vacate or Reduce His Sentence, 18 U.S.C. § 3582(c)** |
| vs | |
| RICARDO ENRIQUE VEGA, | |
| Defendant. | |

On April 23, 2025, this Court ordered the parties to work out a proposed briefing schedule on the defendant's motion to vacate or reduce his sentence, once counsel is appointed. (Cr. Doc. No. 114). After new counsel was appointed, counsel for the parties conferred and agreed on the following schedule:

///

///

///

///

- 1 -

Any supplemental brief by counsel in support of the defendant's *pro se* motion for compassionate release (CR Doc No. 110) is due on or before **June 25, 2025.** Any opposition to the motion by the Government is due on or before **July 16, 2025**. Any reply brief is due on or before **July 23, 2025**

DATE: May 9, 2025         By:

                                              s/ Gene D. Vorobyov
                                              Attorney for Defendant
                                              RICARDO VEGA

DATE: May 9, 2025         By:

                                              s/ Karen Escobar
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff
                                              UNITED STATES OF
                                              AMERICA

# [~~proposed~~] ORDER SETTING BRIEF SCHEDULE

Based on the agreement of the agreement of the parties, the Court sets the following briefing schedule:

Any supplemental brief by counsel in support of the defendant's *pro se* motion for compassionate release (CR Doc No. 114) is due on or before **June 25, 2025.** Any opposition to the motion by the Government is due on or before **July 16, 2025**. Any reply brief is due on or before **July 23, 2025**

IT IS SO ORDERED.

Dated:   **May 12, 2025**                               _____
                                                                    UNITED STATES DISTRICT JUDGE