IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs<br><br>RICARDO ENRIQUE VEGA,<br><br>　　　　Defendant. | Case No.: 1:09-cr-00335-JLT-1<br><br>**Stipulation and Proposed Order to Amend Briefing Schedule for the Defendant's Motion to Vacate or Reduce His Sentence, 18 U.S.C. § 3582(c)** |

On May 12, 2025, based on the stipulation between the parties, this Court adopted a briefing schedule, under which any supplemental brief by counsel in support of defendant's *pro se* motion for compassionate release is due **June 25, 2025**; any opposition to the motion by the Government is due on or before **July 16, 2025**; and any reply brief is due on or before **July 23, 2025**.

///

///

///

- 1 -

However, defense counsel is still investigating the case. And counsel is scheduled to be out of the country from July 1 to July 14, 2025. Given these developments, and after meeting and conferring, the parties agree on the following proposed schedule.

Any supplemental brief by counsel in support of the defendant's pro se motion for compassionate release (CR Doc No. 110) is due on or before **August 1, 2025**. Any opposition to the motion by the Government is due on or before **September 2, 2025**. Any reply brief is due on or before **September 9, 2025**.

DATE: June 24, 2025        By:

        s/ Gene D. Vorobyov
        Attorney for Defendant
        RICARDO VEGA

DATE: June 24, 2025        By:

        s/ Karen Escobar
        Assistant U.S. Attorney
        Attorney for Plaintiff
        UNITED STATES OF
        AMERICA

## ORDER AMENDING BRIEF SCHEDULE

Based on the agreement of the agreement of the parties, the Court sets the following briefing schedule:

Any supplemental brief by counsel in support of the defendant's *pro se* motion for compassionate release (CR Doc No. 110) is due on or before **August 1, 2025.** Any opposition to the motion by the Government is due on or before **September 2, 2025**. Any reply brief is due on or before **September 9, 2025**.

IT IS SO ORDERED.

Dated:   **June 24, 2025**         _____
UNITED STATES DISTRICT JUDGE