AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. §3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:09-cr-00335-JLT   Document 129   Filed 10/10/25   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America<br>v.<br><br>RICARDO ENRIQUE VEGA<br><br>Date of Original Judgment: 09/22/2010<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  Case No: 1:09CR00335-001 JLT<br>)<br>)  USM No: 64691-097<br>)<br>)  Gene Vorobyov<br>   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __240__ months **is reduced to** __TIME SERVED__.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __09/22/2010__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __10/9/2025__                                               _Jennifer L. Thurston_ (signature)
                                                                                          *Judge's signature*

Effective Date:  Up to 10 days from the date of this order         Jennifer L. Thurston, U.S. District Court Judge
                        *(if different from order date)*                                  *Printed name and title*